UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1336 MRW | Date | March 21, 2022 |
|---|---|---|---|
| Title | Rachel Beth Katz et al v. Kristn Cavallari | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** **ORDER RE: STATUS REPORT ON SERVICE OF PROCESS IN CIVIL ACTION**

Plaintiff filed this civil action on February 28, 2022. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. The program sets important deadlines by which the parties must decide whether or not to consent to Magistrate Judge jurisdiction.

A precursor to these deadlines is timely service of the summons and complaint on all parties. Pursuant to the recently-revised Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve process in this action within 90 days of commencement of the action, or by May 29, 2022. Plaintiff is also required by Local Rule 73-2.2 to file a proof of service within ten days of service of the case-commencing documents. However, according to the Court's review of the docket, no proof of service has been filed in the action yet, and no defendant has appeared in the action to date.

In order to properly administer the Direct Assignment Program and advance this action in compliance with this Court's deadlines, Plaintiff is ORDERED to submit a report regarding the status of service of process in the action. Plaintiff may discharge this order by filing a statement (not to exceed 3 pages) plus proof of service of process by or before April 11, 2022. Failure to respond to this order may lead the Court to dismiss the action for failure to prosecute or to return the case to the civil wheel for reassignment to a District Judge.